IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ANGELA L. WOODHULL,**

    **Plaintiff,**

v.                                      Case No. 1:15cv280-MW/GRJ

**SHIRLEY MASCARELLA, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 34. This Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation. ECF No. 39. Upon consideration,

IT IS ORDERED:

The report and recommendation, ECF No. 34, is **accepted and adopted,** over Plaintiff's objections as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of subject matter jurisdiction and as precluded by the prior state judgment. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**." This Court

1

retains jurisdiction to consider, among other matters, sanctions that may be imposed, and remits to the Magistrate Judge for further proceedings.

**SO ORDERED on June 9, 2016.**

**s/Mark E. Walker<br>United States District Judge**
