IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANGELA V. WOODHULL,

    Plaintiff,

v.                                                          Case No. 1:15cv280-MW/GRJ

SHIRLEY MASCARELLA, et al.,

    Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 38, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 42. Accordingly,

IT IS ORDERED:

1. The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.

2. Defendant Mascarella's motion for sanctions, ECF No. 11, and supplement to motion for sanctions, ECF No. 14, are **GRANTED**.

3. **Within 14 days of the date of this order** Defendant Mascarella must submit an affidavit and other proof establishing the amount and reasonableness of the attorney's fees and expenses incurred by her in defending the *Missouri Case*

1

and defending this case.  **Plaintiff shall have 14 days after the submission of Mascarella's submission to file a response.**

4. Plaintiff's Motion Pursuant to Fed. R. Civ. P. 11(c) for Sanctions Against Shirley Mascarella and her Counsel, A. Brian Phillips, ECF No. 26, is **DENIED**.

This cause is remitted to the Hon. Gary R. Jones, Magistrate Judge, for further proceedings including the issuance of a further report and recommendation addressing the amount of attorney's fees and costs to be awarded to Mascarella.

**SO ORDERED on July 5, 2016.**

                                         s/Mark E. Walker
                                         **United States District Judge**