**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANGELA V. WOODHULL,**

   **Plaintiff,**

**v.**                                                                  **Case No.  1:15cv280-MW/GRJ**

**SHIRLEY MASCARELLA, et al.,**

   **Defendants.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation, ECF No. 65, and has also reviewed *de novo* Plaintiff's

objections to the report and recommendation, ECF No. 67.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's

objections, as this Court's opinion.   The Clerk shall enter judgment stating,

"Judgment is entered in favor of Defendant Shirley Mascarella and against Angela

V. Woodhull for attorney's fees and expenses in the sum of **$7,472.00**." The Clerk

shall close the file.

   **SO ORDERED on August 31, 2016.**

                                                  **s/Mark E. Walker**
                                                  **United States District Judge**